IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| MAGDALENA RODRIGUEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 112-160 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 24.) After thorough consideration of the grounds of alleged error in Plaintiff's briefing, (doc. no. 10), and the Acting Commissioner's responses, (doc. no. 14), the Magistrate Judge recommended that the Acting Commissioner's final decision be affirmed. (See generally doc. no. 21.)

The Court hereby **OVERRULES** Plaintiff's objections because they restate the claims that the Magistrate Judge has already addressed at length and do not offer any new information or evidence that warrants a deviation from the Magistrate Judge's recommendation. (See generally doc. no. 24.) Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Therefore, the Acting Commissioner's final decision is **AFFIRMED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Acting Commissioner.

SO ORDERED this 17th day of March, 2014, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2